UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Deury Rosario,

                Petitioner,             **ORDER**

    -against-                       20 Civ. 5475 (VB)(AEK)

Superintendent Darwin LaClair,

                Respondent.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       This habeas proceeding has been reassigned to the undersigned.  On July 17, 2020, the Court issued an Order to Answer, which ordered that Petitioner may file and serve reply papers, if any, within thirty (30) days from the date on which he is served with Respondent's opposition papers.  ECF No. 7.  Respondent served and filed his opposition on October 23, 2020.  ECF No. 15.  Although it has been more than 30 days since Petitioner was served with the opposition papers, he has not yet filed a reply.  Accordingly, the Court grants Petitioner a final 30-day period, until **January 7, 2021**, either to serve and file reply papers or to inform the Court that he does not wish to do so.

       The Clerk of the Court is directed to mail a copy of this order to <u>pro se</u> Petitioner.

Dated: December 8, 2020
       White Plains, New York

                                          **SO ORDERED.**

                                         _____
                                         ANDREW E. KRAUSE
                                         United States Magistrate Judge