UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DEURY ROSARIO,

             Petitioner,

v.

SUPERINTENDENT DARWIN LaCLAIR,

             Respondent.

------------------------------------------------------------x

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: __6/18/24__          │
└─────────────────────────────────┘
```

**ORDER**

20 CV 5475 (VB)

Copies Mailed/Faxed 6/18/24
Chambers of Vincent L. Briccetti

The Order of Reference in this case dated July 17, 2020 (Doc. #8), is hereby VACATED.

This case is no longer referred to the magistrate judge. Judge Briccetti will decide the petition in due course.

Chambers will mail a copy of this Order to petitioner at the address on the docket.

Dated: June 18, 2024
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

1