**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DEURY ROSARIO,

                        Petitioner,           20 **CIVIL** 5475 (VB)

      -against-                                 <u>**JUDGMENT**</u>

DARWIN LACLAIR, Superintendent,

                      Respondent.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 11, 2024, the petition for a writ of habeas corpus and the motion for leave to amend the petition are DENIED. As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c)(2); Love v. McCray, 413 F.3d 192, 195 (2d Cir. 2005). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**DATED:** New York, New York
             October 15, 2024

                                                            **DANIEL ORTIZ**
                                                           **Acting Clerk of Court**
                                 **BY:**      *K. Mango*
                                                              **Deputy Clerk**